FIRST DEPARTMENT, JUNE, 1975

(June 3, 1975)

■ FAUSTIN CALLAGY, Respondent, v NEW YORK CITY EMPLOYEES' RE-TIREMENT SYSTEM, Appellant.—Order, Supreme Court, New York County, entered on or about April 1, 1974, unanimously affirmed, without costs and without disbursements. In affirming, we do not pass upon the issue whether plaintiff-respondent has standing to maintain the proceeding. Determination of that issue depends upon and must await full exploration and findings of the facts. Concur—Stevens, P. J., Markewich, Tilzer, Lane and Yesawich, JJ.